# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:

                    Chapter 13

                    Bankruptcy No. 13-17290-AMC

Donna Whyno

967 Second Street Pike

Southampton, PA 18966

    Debtor

## CERTIFICATE OF SERVICE

**AND NOW**, comes William C. Miller, Esquire, Chapter 13 standing trustee, and certifies that he served the attached Motion to Dismiss on the following parties as indicated below:

  Debtor(s), at the address listed, by first class mail.

    Donna Whyno

    967 Second Street Pike

    Southampton, PA 18966

Counsel for debtor(s), by electronic notice only.

    MICHAEL SCHWARTZ
    707 LAKESIDE OFFICE PARK
    STREET AND STUMP ROADS
    SOUTHAMPTON, PA 18966-

                                      /S/ William C. Miller

Date: 5/5/2017                                 _____

                                                William C. Miller, Esquire
                                                Chapter 13 Standing Trustee