Certificate Number: 15317-PAE-DE-030554957

Bankruptcy Case Number: 13-17290



15317-PAE-DE-030554957

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on February 11, 2018, at 1:21 o'clock PM PST, Donna Whyno completed a course on personal financial management given by internet by Access Counseling, Inc., a provider approved pursuant to 11 U.S.C. § 111 to provide an instructional course concerning personal financial management in the Eastern District of Pennsylvania.

Date:   February 11, 2018            By:    /s/Janice Morla

                                     Name:  Janice Morla

                                     Title: Counselor