United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                Case No. 13-17290-amc
Donna Whyno                                                           Chapter 13
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0313-2          User: Christina            Page 1 of 2            Date Rcvd: Oct 17, 2018
                              Form ID: 138NEW            Total Noticed: 16

```
Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Oct 19, 2018.
db             +Donna Whyno,    967 Second Street Pike,    Southampton, PA 18966-3952
13130422      ++BANK OF AMERICA,    PO BOX 982238,    EL PASO TX 79998-2238
                 (address filed with court: Bank Of America,    Attention: Recovery Department,
                   4161 Peidmont Pkwy.,    Greensboro, NC 27410)
13130424       Hatboro Federal Savings,    PO Box 550,    Hatboro, PA 19040-0550
13149323      +Michael Schwartz, Esquire,    707 Lakeside Office Park,    Southampton, PA 18966-4020
13157325      +National Collegiate Trust,    Po Box 4941,    Trenton, NJ 08650-4941
13132370      +PNC BANK,    PO BOX 94982,    CLEVELAND, OH 44101-4982
13130427       Pnc Bank, N.a.,    K-a16-2j,    Kalamazoo, MI 49009
13151731      +Wells Fargo Bank  N A,    Wells Fargo Education Financial Services,     301 E 58th Street N,
                 Sioux Falls  SD 57104-0422
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: megan.harper@phila.gov Oct 18 2018 02:47:07      City of Philadelphia,
                 City of Philadelphia Law Dept.,    Tax Unit/Bankruptcy Dept.,    1515 Arch Street 15th Floor,
                 Philadelphia, PA   19102-1595
smg             E-mail/Text: RVSVCBICNOTICE1@state.pa.us Oct 18 2018 02:46:29
                 Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
                 Harrisburg, PA   17128-0946
smg            +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Oct 18 2018 02:46:50      U.S. Attorney Office,
                 c/o Virginia Powel, Esq.,    Room 1250,    615 Chestnut Street,    Philadelphia, PA 19106-4404
13185973       +E-mail/Text: bncmail@w-legal.com Oct 18 2018 02:46:42      ALTAIR OH XIII, LLC,
                 C O WEINSTEIN AND RILEY, PS,    2001 WESTERN AVENUE, STE 400,    SEATTLE, WA 98121-3132
13130423       +E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Oct 18 2018 02:54:15      Capital 1 Bank,
                 Attn: Bankruptcy Dept.,    Po Box 30285,    Salt Lake City, UT 84130-0285
13143888       +E-mail/Text: DSLBKYPRO@discover.com Oct 18 2018 02:46:49      Discover Student Loans,
                 PO Box 30925,    Salt Lake City, UT 84130-0925
13151725        E-mail/Text: cio.bncmail@irs.gov Oct 18 2018 02:46:05      IRS,    PO BOX 21126,    PHILA PA 19114
13130426        E-mail/Text: camanagement@mtb.com Oct 18 2018 02:46:08      M & T Bank,    Attn: Bankruptcy,
                 1100 Wehrle Dr  2nd Floor,    Williamsville, NY 14221
                                                                                               TOTAL: 8

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
13130421*     ++BANK OF AMERICA,    PO BOX 982238,    EL PASO TX 79998-2238
                 (address filed with court: Bank Of America,    Po Box 982235,    El Paso, TX 79998)
13130425*      Internal Revenue Service,    Centralized Insolvency Operation,    PO Box 7346,
                 Philadelphia, PA 19101-7346
                                                                                   TOTALS: 0, * 2, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 19, 2018                                       Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on October 17, 2018 at the address(es) listed below:
              ANDREW F GORNALL    on behalf of Creditor    M&T BANK agornall@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              JOSHUA ISAAC GOLDMAN    on behalf of Creditor    M&T BANK bkgroup@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              MICHAEL SETH SCHWARTZ    on behalf of Debtor Donna  Whyno msbankruptcy@verizon.net
              REBECCA ANN SOLARZ    on behalf of Creditor    M&T BANK bkgroup@kmllawgroup.com
              THOMAS I. PULEO    on behalf of Creditor    M&T BANK tpuleo@kmllawgroup.com,
               bkgroup@kmllawgroup.com
```

```
District/off: 0313-2          User: Christina            Page 2 of 2                  Date Rcvd: Oct 17, 2018
                              Form ID: 138NEW            Total Noticed: 16
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)
        United States Trustee   USTPRegion03.PH.ECF@usdoj.gov
        WILLIAM C. MILLER, Esq.   on behalf of Trustee WILLIAM C. MILLER, Esq. ecfemails@ph13trustee.com, philaecf@gmail.com
        WILLIAM C. MILLER, Esq.   ecfemails@ph13trustee.com,  philaecf@gmail.com
        TOTAL: 8

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

---

In Re: Donna Whyno
        Debtor(s)

Bankruptcy No: 13−17290−amc
Chapter: 13

---

### NOTICE

To the debtor, debtor's counsel, trustee, and all creditors and parties in interest, NOTICE IS GIVEN THAT:

1. The Standing Chapter 13 Trustee has filed his final report and account.

2. Any answer, objection, responsive pleading or request for hearing with regard to the discharge of the debtors, including any request to delay the entry of discharge pursuant to 11 U.S.C. §1328(h), must be filed in writing with the Clerk of the U.S. Bankruptcy Court,

    900 Market Street
    Suite 400
    Philadelphia, PA 19107

within 30 days from the date of this notice.

3. In the absence of any objection, the Court may enter the Order of Discharge.

    For The Court

    Timothy B. McGrath
    Clerk of Court

Dated: 10/17/18